IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LONNIE RUSSELL ANDREWS                                              PLAINTIFF

V.                          NO.   4:17CV00788 JM

GREEN BAY PACKAGING, INC.                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, this case is hereby dismissed with prejudice.

The Clerk is directed to close the case.

IT IS SO ORDERED this 5th day of March, 2019.

_____
James M. Moody Jr.
United States District Court